

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2016

No. 04-16-00452-CR

Jose Guadalupe **AGUIRRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7206
Honorable Lorina I. Rummel, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to September 28, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Jorge G. Aristotelidis
Aristotelidis & Moore
310 S. St. Mary's St. #1830
San Antonio, TX 78205

Andres Perez
Perez & Malik, PLLC
115 E Travis St Ste 301
San Antonio, TX 78205-1610

Nicholas LaHood
Bexar County District Attorney's Office
101 W. Nueva, Suite 370
San Antonio, TX 78205